ISAAC MEYERS, Respondent, *v.* THE ANWAL REALTY CORPORATION, Appellant.

*Appeal — dismissed when taken from order of Appellate Division and not from judgment entered thereon.*

*Meyers v. Anwal Realty Corp.,* 218 App. Div. 762, appeal dismissed. (Submitted June 22, 1927; decided July 20, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 19, 1926, affirming a judgment in favor of plaintiff entered upon a verdict.

*H. M. Schaap* for appellant.

*Morse S. Hirsch* for respondent.

Appeal dismissed, with costs, on the ground that it is improperly taken from the order of the Appellate Division and not from the judgment entered thereon; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Absent: ANDREWS, J.